**MICHAEL L. SCHULTE - BAR NO. 182284**
LOW PRICE LEGAL ADVICE
6737 N Milburn, Suite 160
Fresno, California 93722
Telephone: (559) 696-2312
Facsimile: (888) 855-6631

Attorney for Thomas Alexander Wilkins

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| THOMAS ALEXANDER WILKINS,<br><br>Plaintiff,<br><br>vs.<br><br>1. GENERAL ELECTRIC COMPANY, a New York Corporation;<br>2. GE WIND ENERGY, LLC, a California Limited Liability Company;<br>3. GLYNN & FINLEY, LLP, a California Limited Liability Partnership;<br>4. CLEMENT LEO GLYNN; an individual;<br>5. JAMES M. HANLON, JR., an individual;<br>6. JONATHAN ANDREW ELDREDGE, an individual;<br>7. KLARQUIST SPARKMAN, LLP, an Oregon Limited Liability Partnership;<br>8. JEFFREY STEWART LOVE, an individual;<br>9. MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH, LLP, a California Limited Liability Partnership;<br>10. LOWELL T. CARRUTH, an individual;<br>11. CAROL O'NEIL, an individual;<br>12. WILMER CUTLER PICKERING | CASE NO.: 1:13-cv-01943-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>FRCP 41(a)(1)(ii) |

1
STIPULATION DISMISSAL WITH PREJUDICE

LOW PRICE LEGAL ADVICE
6737 N. Milburn, Suite 160
Fresno, California 93722

HALE AND DORR, LLP, a Massachusetts Limited Liability Partnership;
13. JAMES L. QUARLES, an individual;
14. ADAM S. GERSHENSON, an individual;
15. ALEXANDRA C. BOUDREAU, an individual;
16. CARRIE H. SEARES, an individual;
17. ELIZABETH M. REILLY, an individual;
18. LOUIS W. TOMPROS, an individual;
19. NIMIT PATEL, an individual;
20. RICHARD W. ONEIL, an individual;
21. SYDENHAM B. ALEXANDER, III, an individual;
22. WILLIAM F. LEE, an individual,

Defendants.

TO THE FEDERAL DISTRICT COURT, CALIFORNIA EASTERN DISTRICT:

1. Pursuant to FRCP 41(a)(1)(ii), all parties in the above referenced matter hereby stipulate to a voluntary dismissal with prejudice. The parties further stipulate that these claims will not be filed or prosecuted in another judicial district or state court.

Dated: January 24, 2014

**Plaintiff:**

THOMAS ALEXANDER WILKINS

\_\_\_/s/ Thomas Alexander Wilkins\_\_\_\_
Approved By:  Thomas Alexander Wilkins


**Counsel for Plaintiff:**

LOW PRICE LEGAL ADVICE

\_\_\_/s/ Michael Schulte_____
By:  Michael Schulte

2
STIPULATION DISMISSAL WITH PREJUDICE

ActiveUS 121616533v.1

**Defendants:**

GENERAL ELECTRIC COMPANY,
a New York Corporation

By:      /s/ Anthony Walsh_____


GE WIND ENERGY,
a California Limited Liability Company

By:       /s/ Anthony Walsh_____


GLYNN & FINLEY, LLP,
a California Limited Partnership

By:        /s/ Clement L. Glynn_____


CLEMENT LEO GLYNN, an individual

By:     /s/ Clement L. Glynn_____
         Clement Leo Glynn


JAMES M. HANLON, JR., an individual

By:     /s/ James M. Hanlon_____
         James M. Hanlon, Jr.


JONATHAN ANDREW ELDREDGE, an individual

By:      /s/ Jonathan A. Eldredge_____
         Jonathan Andrew Eldredge


KLARQUIST SPARKMAN, LLP,
an Oregon Limited Liability Partnership

By:    /s/ Michael Jones_____
         Michael Jones

3
STIPULATION DISMISSAL WITH PREJUDICE

ActiveUS 121616533v.1

JEFFREY STEWART LOVE, an individual

By:    /s/ Jeffrey S. Love_____
       Jeffrey Stewart Love


MCCORMICK BARSTOW SHEPPARD WAYTE & CARRUTH, LLP,
a California Limitied Liability Partnership

By:    /s/ Lowell T. Carruth_____


LOWELL T. CARRUTH, an individual

By:    /s/ Lowell T. Carruth _____
       Lowell T. Carruth


CAROL O'NEIL, an individual

By:    /s/ Carol O'Neil_____
       Carol O'Neil


WILMER CUTLER PICKERING HALE AND DORR, LLP,
a Massachusetts Limited Liability Partnership

By:    /s/ Michael R. Heyison_____


JAMES M. QUARLES, an individual

By:    /s/ James Quarles_____
       James M. Quarles


ADAM S. GERSHENSON, an individual

By:    /s/ Adam S. Gerhsenson_____
       Adam S. Gershenson


ALEXANDRA C. BOUDREAU, an individual

By:    /s/ Alexandra C Boudreau_____
       Alexandra C. Boudreau

LOW PRICE LEGAL ADVICE
6737 N. Milburn, Suite 160
Fresno, California 93722

4
STIPULATION DISMISSAL WITH PREJUDICE

ActiveUS 121616533v.1

CARRIE H. SEARS, an individual

By: ___/s/ Carrie H. Seares_____
    Carrie H. Sears


ELIZABETH M. REILLY, an individual

By: __/s/ Elizabeth M. Reilly_____
    Elizabeth M. Reilly


LOUIS W. TOMPROS, an individual

By: __/s/ Louis W. Tompros_____
    Louis W. Tompros


NIMIT PATEL, an individual

By: __/s/ Nimit Patel_____
    Nimit Patel


RICHARD W. O'NEIL, an individual

By: ___/s/ Richard W. O'Neill_____
    Richard W. O'Neil


SYDENHAM B. ALEXANDER, III, an individual

By: __/s/ Sydenham B. Alexander III_____
    Sydenham B. Alexander, III


WILLIAM F. LEE, an individual

By: __/s/ William F. Lee_____
    William F. Lee

//
//
//
//
//

5
STIPULATION DISMISSAL WITH PREJUDICE

ActiveUS 121616533v.1

LOW PRICE LEGAL ADVICE
6737 N. Milburn, Suite 160
Fresno, California 93722

**Counsel for Defendants General Electric Company, GE Wind Energy, LLC, McCormick Barstow Sheppard Wayte & Carruth, LLP, Lowell Carruth, and Carol O'Neil**

LOWELL T. CARRUTH

By:   ___/s/ Lowell T Carruth_____
       Lowell T. Carruth


**Counsel for Defendants General Electric Company, GE Wind Energy, LLC, Glynn & Finley, Clement Glynn, James Hanlon, and Jonathan Eldredge**

CLEMENT L GLYNN

By:   ___/s/ Clement L. Glynn_____
       Clement L. Glynn


**Counsel for Defendants General Electric Company, GE Wind Energy, LLC, Wilmer Cutler Pickering Hale & Dorr, LLP, James L. Quarles, Alexandra C. Boudreau, Carrie H. Seares, Elizabeth M. Reilly, Louis W. Tompros, Richard W. O'Neil, Sydenham B. Alexander, III, and William F. Lee**

MARK D. FLANAGAN

By:   __Mark D. Flanagan_____
       Mark D. Flanagan


**Counsel for Defendants Klarquist Sparkman, LLP and Jeffrey Stewart Love**

LONG & LEVIT

By:   ___/s/ Jessica R. MacGregor_____
       Jessica R. MacGregor

**ORDER**

    Based on the parties' above stipulation, this Court DISMISSES with prejudice this entire action and all claims, VACATES all pending matters and dates, including hearings, and DIRECTS the clerk to close this action.

DATED:  January 27, 2014            /s/ Anthony W. Ishii
                                           U.S. District Judge

ActiveUS 121616533v.1

LOW PRICE LEGAL ADVICE
6737 N. Milburn, Suite 160
Fresno, California 93722