# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENERAL ELECTRIC COMPANY,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **THOMAS WILKINS,** <br><br> Defendant. | **1:10-cv-00674 LJO JLT** <br><br> **ORDER DENYING REQUEST FOR COPY OF JUDGMENT (DOC. 780)** |
| **THOMAS ALEXANDER WILKINS,** <br><br> Plaintiff, <br><br> v. <br><br> **GENERAL ELECTRIC COMPANY,** *et al.*, <br><br> Defendants. | **1:13-cv-01943 LJO JLT** <br> **ORDER DENYING REQUEST FOR COPY OF JUDGMENT (DOC. 28)** |

On May 14, 2014, Thomas Wilkins filed a document directed to the "Chief Financial Officer of Federal District Court -- United States District Court for the Eastern District of California," referencing the above-captioned closed cases. In this document, Plaintiff demands "to be provided with a meeting in which the original 'JUDGMENT IN A CIVIL CASE' initially offered on November 29, 2012 is to be provided" to Mr. Wilkins.

Presumably, Mr. Wilkins is referring to either this Court's Findings of Fact and Conclusions of Law Following Bench Trial, Doc. 744 in Case No. 1:10-cv-00674 LJO JLT, and/or the associated Judgment entered in favor of General Electric and against Mr. Wilkins,

1

Doc. 745 in Case No. 1:10-cv-00674 LJO JLT. Plaintiff's suggestion that this Court's failure to send him an "original signed and executed" copy of the Judgment would be a "denial of substantive and procedural due process of law" is without merit. This is an electronic court. *See* Local Rule 122(a). Both the Findings of Fact and Conclusions of Law and the Judgment were signed electronically and docketed electronically. Plaintiff's counsel was electronically served a copy of both documents at the time of docketing. Plaintiff, and any member of the public, may download additional copies through this Court's Pacer service accessible at: http://www.caed.uscourts.gov. Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated: **May 19, 2014**         **/s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE